```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/16/2024_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,

                              Plaintiff,                          **23-CV-7286 (ALC) (KHP)**

              -against-                                           **POST-CONFERENCE ORDER**

WHITEHOUSE ESTATES, INC. et al.,
                              Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference on September 16, 2024, the deadline

for the completion of discovery is extended to **October 31, 2024**.  In addition, the parties shall

file a joint status letter by **October 31, 2024**, informing the Court of the status of discovery and

settlement.  If the parties intend to engage in summary judgment motion practice, they may

include a proposed briefing schedule in the October 31 status letter.


**SO ORDERED.**

DATED:        New York, New York
              September 16, 2024

                                          _Katharine H Parker_
                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge