USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,

                     Plaintiff,                             23-CV-7286 (ALC) (KHP)

     -against-                                   **ORDER**

WHITEHOUSE ESTATES, INC. et al.,
                     Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously set a briefing schedule for a motion for sanctions against Defendants for failure to comply with a discovery order and otherwise participate in this case. (ECF No. 69.) Defendants' deadline to oppose the motion for sanctions was January 31, 2025. Defendants did not file an opposition. The Court will afford Defendants a final chance to oppose Plaintiff's motion for sanctions but Defendants are warned that a failure to respond may result in serious sanctions, including default. Defendants shall file their opposition to the motion for sanctions by **February 19, 2025**.

**SO ORDERED.**

DATED:     New York, New York
              February 5, 2025

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge